IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4953

R. H., FATHER OF C.I.M.D. AND H.A.M.D.,

    Appellant,

v.

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

    Appellee.

_____/

Opinion filed March 3, 2017.

An appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

Valarie Linnen, Atlantic Beach, for Appellant.

Stephanie C. Zimmerman, Deputy Director & Statewide Director of Appeals, Children's Legal Services, Bradenton; Kelly Swartz, Director of Legal Services & Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

    AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.